384075-1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| PROBATTER SPORTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:05-cv-02045 |
| | ) | |
| JOYNER TECHNOLOGIES, INC., and | ) | **SPORTS TUTOR, INC.'S** |
| UNIVERSITY OF NORTHERN IOWA, | ) | **MOTION TO INTERVENE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JOYNER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant-Counterplaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PROBATTER SPORTS, LLC, | ) | |
| | ) | |
| Plaintiff-Counterdefendant. | ) | |

COMES NOW the proposed intervenor, SPORTS TUTOR, INC. ("Sports Tutor"), by

and through its attorneys, Califf & Harper, P.C., and Woodard, Emhardt, Moriarty, McNett &

Henry LLP, pursuant to Rules 24(a) and 24(b) of the Federal Rules of Civil Procedure, and for

its Motion to Intervene, states as follows:

1.      Sports Tutor is a California corporation that manufactures sports machines for

baseball, volleyball, soccer and tennis.

2.      Sports Tutor is the Defendant in a lawsuit recently filed by the Plaintiff-

Counterdefendant in the present action.

3.      Specifically, on December 28, 2005, the Plaintiff-Counterdefendant filed a

Complaint against Sports Tutor in the United States District Court for the District of

1

Connecticut, which case has been assigned case number 3:05-cv-01975-SRU ("Connecticut Lawsuit"). The complaint was served on Sports Tutor on January 18, 2006.

4.      In the Connecticut Lawsuit, among other allegations, the Plaintiff-Counterdefendant alleges Sports Tutor has infringed the Plaintiff-Counterdefendant's United States Patent Numbers 6,182,649 (the "'649 Patent") and 6,546,924 (the "'924 Patent") by marketing and selling Sports Tutor's HomePlate programmable pitching machine.

5.      Substantially the same issues raised in the Connecticut Lawsuit have already been raised in this case by Joyner Technologies, Inc. ("Joyner"). The issue is infringement of the same two patents by the same HomePlate product that is integral to this Iowa case. The University of Northern Iowa ("UNI"), a Defendant in this action, purchased a Sports Tutor HomePlate programmable pitching machine that when combined with other equipment from Joyner is the subject of the first two patent claims in this lawsuit, and the HomePlate product by itself is the subject of the other two patent declaratory judgment counterclaims in this lawsuit.

6.      Judicial efficiencies associated with intervention by Sports Tutor are manifest. Only a single judge and jury needs to gain an understanding of the details of the prior art, the details of the HomePlate product, the meaning of the terms of patent claims common to all four patents in Markman rulings, and other common issues of fact and law. This Court has already invested time addressing a substantial motion to dismiss. Inconsistent outcomes may be avoided. By having all patent claims in a single suit, if any issues of damages remain for trial, the claims will inherently be reconciled among the various patents, and the potential for double counting will be avoided. An opportunity will be afforded the Court in Connecticut to stay, dismiss or transfer its recently filed action to Iowa, if intervention is permitted in Iowa.

7.     If the Court orders that Sports Tutor may intervene, it will file the attached Third Party Complaint, which seeks similar relief to that being sought by Joyner in its recently added counterclaim.

8.     Formal discovery has not commenced in this action and allowing Sports Tutor's Motion to Intervene would not delay this action.

9.     In compliance with LR 7.1 k., counsel for Sports Tutor has contacted counsel for the Plaintiff-Counterdefendant and counsel for UNI concerning the instant Motion and conferred with said counsel in good faith.  Counsel for UNI does not object to the instant Motion.  Counsel for the Plaintiff-Counterdefendant does object to the instant Motion.

WHEREFORE, the proposed intervenor, SPORTS TUTOR, INC., respectfully requests this Court grant its Motion to Intervene and allow said proposed intervenor the opportunity to file a Third Party Counterclaim, in the form attached as Exhibit A, against the Plaintiff-Counterdefendant, PROBATTER SPORTS, LLC.

[This space is intentional]

3

SPORTS TUTOR, INC.,
proposed intervenor

*/s/ James S. Zmuda*

---

James S. Zmuda, Attorney No. 0011444
For:  CALIFF & HARPER, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:          (309) 764-8361
Facsimile:          (309) 764-8394

and

*/s/ John C. McNett*

---

John C. McNett
Quentin G. Cantrell
WOODARD EMHARDT MORIARTY
MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone:          (317) 634-3456
Facsimile:          (317) 637-7561

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | | |
|---|---|---|
| PROBATTER SPORTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:05-cv-02045 |
| | ) | |
| JOYNER TECHNOLOGIES, INC., and | ) | **CERTIFICATE OF SERVICE** |
| UNIVERSITY OF NORTHERN IOWA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOYNER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant-Counterplaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PROBATTER SPORTS, LLC, | ) | |
| | ) | |
| Plaintiff-Counterdefendant. | ) | |

I hereby certify that on February 2, 2006 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

       sholtman@simmonsperrine.com
       krottman@simmonsperrine.com
       daniel.rosenberg@lawiowa.com
       jamie.wagner@lawiowa.com
       david.tank@lawiowa.com
       heather.wilson@lawiowa.com
       jzmuda@califf.com
       aeggers@califf.com
       jketner@califf.com
       qcantrell@uspatent.com
       jmcnett@uspatent.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

5

*/s/ James S. Zmuda*

James S. Zmuda, Attorney No. 0011444
For: CALIFF & HARPER, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:        (309) 764-8361
Facsimile:        (309) 764-8394

and

John C. McNett
Quentin G. Cantrell
WOODARD EMHARDT MORIARTY
MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone:        (317) 634-3456
Facsimile:        (317) 637-7561

Attorneys for proposed intervenor,
SPORTS TUTOR, INC.

jsz.pldg.2400-3