UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PROBATTER SPORTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOYNER TECHNOLOGIES, INC., and ) <br> UNIVERSITY OF NORTHERN IOWA, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> JOYNER TECHNOLOGIES, INC., ) <br> ) <br> Defendant-Counterplaintiff ) <br> ) <br> vs. ) <br> ) <br> PROBATTER SPORTS, LLC, ) <br> ) <br> Plaintiff-Counterdefendant. ) | Case No. 6:05-cv-02045-LRR <br><br> **MOTION TO RECONSIDER** |

NOW COMES the Defendant-Counterplaintiff, JOYNER TECHNOLOGIES, INC. ("Joyner"), by and through its attorneys, Woodard, Emhardt, Moriarty, McNett & Henry LLP and Califf & Harper, P.C., pursuant to F. R. Civ. P. 59, and for its Motion to Reconsider this Court's Order of April 18, 2007, states as follows:

1. On February 21, 2006, this Court entered its Scheduling Order and Discovery Plan which, among other things, established a deadline of Sunday, April 15, 2007 for the filing of dispositive motions. Pursuant to applicable procedural rules, the operative deadline was actually Monday, April 16, 2007.

1

2. On Monday, April 16, 2007, Joyner filed its Motion for Summary Judgment of Non-Infringement, together with its Brief, Appendix and Statement of Undisputed Material Facts ("summary judgment pleadings") in conformance with this Court's Local Rules.

3. These summary judgment pleadings were filed under seal, as the pleadings are wrought with confidential trade secrets of Joyner; therefore, the summary judgment pleadings were filed in conformance with this Court's Protective Order entered on October 11, 2006. To describe the confidential trade secrets in this pleading in any detail would be to publicly disclose the confidential trade secrets contained in the summary judgment pleadings filed under seal. Publicly filed "redacted" summary judgment pleadings would contain insufficient information to fully apprise this Court of the information relevant to a summary judgment determination.

4. Joyner, therefore, respectfully submits good cause exists for filing the summary judgment pleadings under seal.

5. The undersigned counsel for Joyner, James S. Zmuda, physically filed these summary judgment pleadings with the Clerk's office on April 16, 2007, as counsel for Joyner understood the pleadings to be filed under seal, including an overlength Appendix, must be filed in paper as opposed to electronic format.

6. At the time of filing of the summary judgment pleadings, the Clerk's office asked if the summary judgment pleadings were being filed *ex parte*, to which inquiry the undersigned counsel responded by stating that the pleadings were being served on "Attorney's Eyes Only" counsel for the Plaintiff, in conformance with this Court's Protective Order. Accordingly, the undersigned counsel stated his view that the summary judgment pleadings were not being filed *ex parte*.

7. Counsel for Joyner expressly states that on April 16, 2007 the summary judgment pleadings were hand delivered to the Plaintiff's "Attorney's Eyes Only" counsel, Stephen J. Holtman, and were mailed to the Plaintiff's "Attorney's Eyes Only" counsel, Thomas R. FitzGerald. Accordingly, Joyner respectfully submits the summary judgment pleadings were not filed "*ex parte*." A copy of Joyner's Certificate of Service filed on April 16, 2007 as part of the summary judgment pleading is attached as Exhibit A.

8. Hence, <u>the summary judgment pleadings were not filed *ex parte*</u>.

9. Yesterday, as a result of a conference among counsel for Joyner, a decision was made to contact the Honorable Linda R. Reade's law clerk to address the apparent confusion concerning the "*ex parte*" issue.

10. Accordingly, Joyner respectfully requests this Honorable Court reconsider its Order of April 18, 2007 denying Joyner's Motion for Summary Judgment as to Non-Infringement.

WHEREFORE, based on the foregoing, the Defendant-Counterplaintiff, JOYNER TECHNOLOGIES, INC., respectfully requests that this Honorable Court reconsider its April 18, 2007 Order and consider Joyner's Motion for Summary Judgment as to Non-Infringement as properly filed on April 16, 2007.

Respectfully submitted,

JOYNER TECHNOLOGIES, INC.,
Defendant-Counterplaintiff

*/s/ James S. Zmuda*
James S. Zmuda, Attorney No. 0011444
CALIFF & HARPER, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Tel: (309) 764-8361
Fax: (309) 764-8394

and

/s/ John C. McNett
John C. McNett
Quentin G. Cantrell
WOODARD EMHARDT MORIARTY
    MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Tel: (317) 634-3456
Fax: (317) 637-7561

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PROBATTER SPORTS, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOYNER TECHNOLOGIES, INC., and  )<br>UNIVERSITY OF NORTHERN IOWA,  )<br>  )<br>    Defendants.  )<br>_____ )<br>  )<br>JOYNER TECHNOLOGIES, INC.,  )<br>  )<br>    Defendant-Counterplaintiff  )<br>  )<br>vs.  )<br>  )<br>PROBATTER SPORTS, LLC,  )<br>  )<br>    Plaintiff-Counterdefendant.  )  | Case No. 6:05-cv-02045-LRR<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 18, 2007 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    sholtman@simmonsperrine.com
    krottman@simmonsperrine.com
    schesinger@gandb.com
    maclean@gandb.com
    remaclean@optionline.net
    tfitzgerald@hiscockbarclay.com
    mpatrick@pepehazard.com
    plassiter@pepehazard.com
    daniel.rosenberg@lawiowa.com
    jamie.wagner@lawiowa.com
    david.tank@lawiowa.com
    heather.wilson@lawiowa.com
    jzmuda@califf.com
    qcantrell@uspatent.com
    voodspeed@uspatent.com
    docketingdept@uspatent.com
    jmcnett@uspatent.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                Respectfully submitted,

                JOYNER TECHNOLOGIES, INC.,
                Defendant-Counterplaintiff

                */s/ James S. Zmuda*
                James S. Zmuda, Attorney No. 0011444
                CALIFF & HARPER, P.C.
                506 15th Street, Suite 600
                Moline, Illinois 61265
                Tel: (309) 764-8361
                Fax: (309) 764-8394

                and

                /s/ John C. McNett
                John C. McNett
                Quentin G. Cantrell
                WOODARD EMHARDT MORIARTY
                      MCNETT & HENRY LLP
                111 Monument Circle, Suite 3700
                Indianapolis, Indiana 46204-5137
                Tel: (317) 634-3456
                Fax: (317) 637-7561

jsz.pldg.3053-4